IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VARDMUS CHANNING BOLTON,**            **PLAINTIFF**
**# 396230**

v.            CAUSE NO. 1:16CV227-LG-RHW

**HARRISON COUNTY SHERIFF**
**DEPARTMENT, HARRISON**
**COUNTY NARCOTIC DEPARTMENT,**
**JASON JOHNSON, and OFFICER**
**GARCIA**            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 1st day of December, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE